UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

KECITE RENEE SMITH                                                  CIVIL ACTION

VERSUS                                                              NO. 24-1891

OFFICER SPINKS, ET AL.                                              SECTION "R" (3)

## ORDER AND REASONS

Plaintiff Kecite Renee Smith, a state pretrial detainee housed in the St. Tammany Parish Jail in Covington, Louisiana, filed this *pro se* federal civil action pursuant to 42 U.S.C. § 1983 on July 26, 2024.[1] On November 19, 2024, Magistrate Judge Eva J. Dossier issued a Report and Recommendation ("R&R"), recommending that the Court dismiss the action as "frivolous" and/or for failure to state a claim on which relief may be granted.[2] Smith did not object to the R&R. Therefore, the Court reviews the R&R for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded by statute on other grounds*, 28 U.S.C. § 636(b)(1); *see also* Fed. R. Civ. P. 72(b) advisory committee's note (1983) ("When no timely objection is filed, the court need only satisfy itself

---

[1] R. Doc. 1.
[2] R. Doc. 8.

that there is no clear error on the face of the record in order to accept the recommendation."). The Court finds no clear error.

Accordingly, the Court adopts Magistrate Judge Dossier's R&R as its opinion. The Court DISMISSES WITH PREJUDICE Smith's federal civil rights claims as frivolous and for failure to state a claim on which relief may be granted. The Court DISMISSES Smith's state law claims WITHOUT PREJUDICE.

New Orleans, Louisiana, this __6th__ day of December, 2024.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE